UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
METROPCS WIRELESS, INC.,

                              Plaintiff,

    -against-

METRO PCS WIRELESS INC. and
VINIL KAPOOR, individually,

                             Defendants.
-----------------------------------------------------------------X

JUDGMENT
08-CV- 3326 (CBA)

SEP 27 2011

       An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on September 20, 2011, dismissing all claims asserted in this suit by Plaintiff MetroPCS Wireless, Inc. against Defendants Metro PCS Wireless Inc. and Vinil Kapoor without prejudice; and directing that all costs, expenses and attorney's fees are to be borne by the party that incurred them; it is

       ORDERED and ADJUDGED that all claims asserted in this suit by Plaintiff MetroPCS Wireless, Inc. against Defendants Metro PCS Wireless Inc. and Vinil Kapoor are dismissed without prejudice; and that all costs, expenses and attorney's fees are to borne by the party that incurred them.

Dated: Brooklyn, New York
         September 26, 2011

                                                                 s/RCH
                                                   ROBERT C. HEINEMANN
                                                   Clerk of Court